# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2006

130935

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE NICOLE STEPHANIE TARBOX and
COLE ROBERT TARBOX, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
f/k/a FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

MARK ROBERT TARBOX,
      Respondent-Appellant,

and

SALNA RENATA KORANY,
      Respondent.

_____/

SC: 130935
COA: 264808
Oakland CC
Family Division: 03-685109-NA

     On order of the Court, the application for leave to appeal the March 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2006

s0502

Clerk